# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CARSON STEPHENS, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00858 |
| v. | ) Judge Aleta Trauger |
| THE CITY OF WAVERLY and W.B FRAZIER, MAYOR | ) JURY DEMAND |
| Defendants. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as indicated below by the respective signatures of the counsel of record for the parties in this action, the parties give notice that all matters between Plaintiff, Carson Stephens, and Defendants, the City of Waverly, Tennessee, and W.B. Frazier, Mayor, have been compromised and settled. Accordingly, Plaintiff voluntarily dismisses all claims in this case against Defendants, the City of Waverly, Tennessee, and W.B. Frazier, Mayor, with prejudice.

This stipulation concludes the above-captioned case in its entirety, and this case is ready to be closed. It is also stipulated that the parties shall bear their own costs, attorneys' fees, and discretionary costs incurred in this litigation.

Respectfully submitted,

*/s/ William C. Mazzota*
A. Ryan Simmons, BPR # 031456
William C. Mazzota, BPR # 035247
**Farrar & Bates, LLP**
12 Cadillac Drive, Suite 480
Brentwood, TN 37027
(615) 254-3060
(615) 254-9835 Facsimile
ryan.simmmons@farrar-bates.com
william.mazzota@farrar-bates.com
*Counsel for Defendants*


*/s/ Heather Moore Collins*
*with permission by William C. Mazzota*
Anne Bennett Hunter, BPR # 022407
Heather Moore Collins, BPR # 026099
Ashley S. Walter, BPR # 037651
Caroline M. Drinnon, *pro hac vice*, BPR # 037016
Collins & Hunter PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
(615) 724-1996
heather@collinshunter.com
anne@collinshunter.com
ashley@collinshunter.com
*Counsel for Plaintiff*

## Certificate of Service

   The undersigned hereby certifies that on this the 18th day of November, 2021 a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

Anne Bennett Hunter, Esq.
Heather Moore Collins, Esq.
Ashley S. Walter, Esq.
Caroline M. Drinnon, Esq.
Collins & Hunter, PLLC
7000 Executive Center Dr., Suite 320
Brentwood, TN 37027
anne@collinshunter.com
heather@collinshunter.com
ashley@collinshunter.com

              */s/ William C. Mazzota*
              William C. Mazzota